**Order entered January 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00178-CR

**TRADAREON JAMEL CHOICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F17-75538-X**

## ORDER

Appointed counsel Sharita Blacknall tendered a brief on August 22, 2019, one day after the brief was due. We notified Ms. Blacknall by postcard dated August 22, 2019 and instructed her to file a motion to extend time but she did not respond.

We **ORDER** appellant's August 22, 2019 brief filed as of that date. This case is at issue and will be set for submission in due course.

/s/    LANA MYERS
         JUSTICE